IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE J. ALEXANDER,

      Petitioner,                    No. CIV S-07-0412 MCE KJM P

    vs.

UNKNOWN,

      Respondent.                 FINDINGS & RECOMMENDATIONS

                              /

        By order filed March 16, 2007, petitioner was ordered to file a petition for a writ of habeas corpus and a request to proceed in forma pauperis. The thirty day period has now expired, and petitioner has filed the request to proceed in forma pauperis but not a petition for a writ of habeas corpus.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED: June 15, 2007.

_____
U.S. MAGISTRATE JUDGE

2
alex0412.fta