1

2

3

4

5

6

7             IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9     DANTE J. ALEXANDER,

10              Petitioner,                    No. CIV S-07-0412 MCE KJM P

11          vs.

12    UNKNOWN,

13              Respondent.                    <u>ORDER</u>

14    _____/

15              Petitioner, a state prisoner, has filed an application for a writ of habeas corpus

16    pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge

17    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

18              On June 15, 2007, the magistrate judge filed findings and recommendations

19    herein which were served on petitioner and which contained notice to petitioner that any

20    objections to the findings and recommendations were to be filed within twenty days.  Petitioner

21    has not filed objections to the findings and recommendations.

22              The court has reviewed the file and finds the findings and recommendations to be

23    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24    ORDERED that:

25    /////

26    /////

1

1          1.  The findings and recommendations filed June 15, 2007, are adopted in full;

2   and

3          2.  This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.

4   Civ. P. 41(b).

5    Dated:  September 7, 2007

6

7                                                    MORRISON C. ENGLAND, JR.

8                                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26